## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| DOUGLAS D. KESSLER, | : | No. 67 WM 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| MR. OVERMYER, SUPERINTENDENT | : | |
| OF SCI FOREST, MR. JEFFREY | : | |
| BURKETT, DISTRICT ATTORNEY FOR | : | |
| JEFFERSON COUNTY, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 13th day of October, 2017, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus and the Motion for Summary Judgment and an Injunctive Order of Release are DENIED.